# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILLIAM WESLEY DUTTON,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil Action No. 16-517 JB/GJF |
| ) | |
| MICHAEL CORDERO, *et al.*,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties, by counsel and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, **with prejudice**, and all parties to bear their own attorney's fees and costs.

Dated:  December 13, 2016

Respectfully submitted,

*/s/ Ramona R. Cotca*
Paul J. Orfanedes
D.C. Bar No. 429716
Robert D. Popper
D.C. Bar No. 1023592
Ramona R. Cotca
D.C. Bar No. 501159
JUDICIAL WATCH, INC.
425 Third Street SW
Suite 800
Washington, DC  20024
Tel:    (202) 646-5172
Fax:    (202) 646-5199
Email: porfanedes@judicialwatch.org
            rpopper@judicialwatch.org
            rcotca@judicialwatch.org

- 2 -

And

Angelo J. Artuso
LAW OFFICE OF ANGELO J. ARTUSO
P.O. Box 51763
Albuquerque, NM 87181-1763
Tel:     (505) 306-5063
Email: angelo.artuso@brytewerks.com

*Attorneys for Plaintiff*


 */s/ Lawrence R. White*_____
Cody R. Rogers
Lawrence R. White
MILLER STRATVERT P.A.
3800 E. Lohman Ave
Suite H
Las Cruces, NM  88011
Tel:     (575) 523-2481
Fax:    (575) 526-2215
Email: crogers@mstlaw.com
           lrwhite@mstlaw.com

*Attorneys for Defendant Michael Cordero*


  */s/ Luis Robes*_____
Luis E. Robles
Taylor Sauer Rahn
ROBLES, RAEL & ANYA, P.C.
500 Marquette Avenue, NW
Suite 700
Albuquerque, NM  87102
Tel:     (505) 242-2228
Fax:    (505) 242-1106
Email: luis@roblesrael.com
           taylor@roblesrael.com

*Attorneys for Defendant Eric Benn*

- 3 -

   */s/ Mark D. Standridge*
Mark D. Standridge
Mark D. Jarmie
Matthew Bullock
JARMIE & ASSOCIATES
P.O. Box 344
Las Cruces, NM  88004
Tel:     (575) 526-3338
Fax:    (575) 526-6791
Email: mstandridge@jarmielaw.com
       mjarmie@jarmielaw.com
       mbullock@jarmielaw.com

*Attorneys for Defendant Armida MacManus*