IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM WESLEY DUTTON,

    Plaintiff,

v.                                                  No. CIV 16-517 JB/GJF

MICHAEL CORDERO; ERIC BENN and
ARMIDA M. MACMANUS,

    Defendants.

## FINAL JUDGMENT

Pursuant to the Stipulation of Voluntary Dismissal with Prejudice, filed December 14, 2016 (Doc. 34), the Court enters this Final Judgment, under rule 58 of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint, filed June 2, 2016 (Doc. 1), with prejudice.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

*Counsel:*

Paul Orfanedes
Ramona Cotca
Robert D. Popper
Judicial Watch, Inc.
Washington, District of Columbia

-- and --

Angelo J. Artuso
Albuquerque, New Mexico

        *Attorneys for the Plaintiff*

Cody R. Rogers
Las Cruces, New Mexico

-- and --

Lawrence R. White
Las Cruces, New Mexico

    *Attorneys for Defendant Michael Cordero*

Luis E. Robles
Taylor Sauer Rahn
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant Eric Benn*

Mark D. Standridge
Mark D. Jarmie
Matthew Bullock
Jarmie & Associates
Las Cruces, New Mexico

    *Attorneys for Defendant Armida M. MacManus*